IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

          Plaintiff,                    22cv0236
                                        LEAD CASE

          v.

LEGRAND NORTH AMERICA, LLC,

          Defendant.

BLAIR DOUGLASS,

          Plaintiff,                    22cv0240
                                        MEMBER CASE

          v.

PRX PERFORMANCE, INC.,

          Defendant.

BLAIR DOUGLASS,

          Plaintiff,                    22cv0242
                                        MEMBER CASE

          v.

FOREST DECOR, LLC,

          Defendant.

BLAIR DOUGLASS,

          Plaintiff,                    22cv0249
                                        MEMBER CASE

          v.

QUINCY BIOSCIENCE, LLC,

          Defendant.

BLAIR DOUGLASS,

             Plaintiff,                    22cv0250
                                              MEMBER CASE

                    v.

LUCKY HEALTH GROUP, INC.,

             Defendant.

_____

BLAIR DOUGLASS,

             Plaintiff,                    22cv0257
                                              MEMBER CASE

                    v.

REPRESENT YOUR WATER INC.,

             Defendant.

_____

BLAIR DOUGLASS,

             Plaintiff,                    22cv0261
                                              MEMBER CASE

                    v.

PERFORMIX LLC,

             Defendant.

_____

2

BLAIR DOUGLASS,

            Plaintiff,                                 22cv0262
                                                   MEMBER CASE

                        v.

TRP ACQUISITION, INC.,

            Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                                 22cv0263
                                                   MEMBER CASE

                        v.

THREADBEAST, LLC,

            Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                                 22cv0264
                                                   MEMBER CASE

                        v.

HARDBODY SUPPLEMENTS, LLC,

            Defendant.

---

BLAIR DOUGLASS,

            Plaintiff,                                 22cv0268
                                                   MEMBER CASE

                        v.

COVE SMART, LLC,

            Defendant.

3

BLAIR DOUGLASS,

        Plaintiff,                    22cv0286
                                          MEMBER CASE

          v.

TERVIS TUMBLER COMPANY,

        Defendant.

_____

BLAIR DOUGLASS,

        Plaintiff,                    22cv0287
                                          MEMBER CASE

          v.

DOS OF ROSES, INC.,

        Defendant.

_____

BLAIR DOUGLASS,

                                          22cv0288
        Plaintiff,                    MEMBER CASE

          v.

MASSDROP INC.,

        Defendant.

_____

BLAIR DOUGLASS,

        Plaintiff,                    22cv0289
                                          MEMBER CASE

          v.

ALPHA OES, LLC.,

        Defendant.

_____

4

BLAIR DOUGLASS,

        Plaintiff,                  22cv0297
                                         MEMBER CASE

            v.

JEWELSCENT, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                  22cv0305
                                         MEMBER CASE

            v.

DIRECT MARKETING VENTURES, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                  22cv0306
                                         MEMBER CASE

            v.

TRUEWERK, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                  22cv0314
                                         MEMBER CASE

            v.

STRIDELINE, LLC,

        Defendant.

---

5

BLAIR DOUGLASS,

         Plaintiff,                 22cv0315
                                        MEMBER CASE

              v.

JOAH BROWN, LLC

         Defendant.

_____

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314,  and 22-315 are hereby consolidated with **Civil Action No. 2:22-cv-236**, the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2: 22-cv-236.**

3.      The Clerk of Court shall **close** Civil Action Nos. 22-240, 22-242, 22-249, 22-250, 22-257, 22-261, 22-262, 22-263, 22-264, 22-268, 22-286, 22-287, 22-288, 22-289, 22-297, 22-305, 22-306, 22-314 and 22-315.

                         **SO ORDERED** this 23rd day of February, 2022.

                         s/Arthur J. Schwab
                         Arthur J. Schwab
                         United States District Judge